UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Corey Allen Jones,                                                   Case No. 3:25-cv-2693

            Plaintiff,

v.                                                                    ORDER

Jennifer Friddell, *et al.*,

            Defendants.

Plaintiff Corey Allen Jones requests permission to proceed with an appeal without first paying the filing fee. (Doc. No. 11). Jones seeks to argue on appeal that I mischaracterized the facts and misapplied the law when I denied his emergency motion for a temporary restraining order as well as his motion for reconsideration of that decision. (Doc. No. 10).

Section 1915 provides "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is not taken in good faith when "it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The United States Court of Appeals for the Sixth Circuit previously has held that the "denial of a motion for a temporary restraining order generally is not appealable." *Overstreet v. Lexington-Fayette Urban Cnty. Gov't*, 305 F.3d 566, 572 (6th Cir. 2002) (citing cases). For that reason, as well as for the reasons stated in my earlier Memorandum Opinions and Orders, I conclude the issues Jones

seeks to raise on appeal lack an arguable basis in law or in fact. I deny his motion to proceed in forma pauperis on appeal. (Doc. No. 11).

So Ordered.

s/ Jeffrey J. Helmick  
United States District Judge